# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-1503

———————————————

STEVE M. HARVEY, CATHY F.
HARVEY, and ROBINSON,
KENNON & KENDRON, P.A.,

    Petitioners,

    v.

RONNIE S. HARVEY and BRAD R.
HARVEY,

    Respondents.

———————————————

Petition for Writ of Mandamus—Original Jurisdiction.


September 8, 2025


PER CURIAM.

    DISMISSED.

WINOKUR, TANENBAUM, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Kris B. Robinson and Kellen G. Vincent of Robinson, Kennon & Kendron, P.A., Lake City, for Petitioners.

No appearance for Respondents.